### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM PITT** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 24-3206 |
| | : | |
| **BOBBI JO SALAMON,** *et al.* | : | |

### ORDER

This 15th day of July, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Mr. William Pitt's Petition for Writ of Habeas Corpus (ECF 1) is **DISMISSED** with prejudice and without a certificate of appealability.

                                                 /s/ Gerald Austin McHugh
                                                 United States District Judge